Petition for Writ of Prohibition Denied and Memorandum Opinion filed
October 2, 2003









Petition for Writ of Prohibition Denied and Memorandum
Opinion filed October 2, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01008-CV

____________

 

IN RE HOWARD VANZANDT WILLIAMS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF PROHIBITION

 



 

M E M O R A N D U M   O
P I N I O N

On September 10, 2003, relator
filed a petition for writ of prohibition in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

We deny relator=s petition for writ of prohibition. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed October 2, 2003.

Panel consists of
Justices Edelman, Frost, and Guzman.